SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JARDINE GOUGIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>           Plaintiff,<br><br>     vs.<br><br>J.P. MGMT. CORP. D/B/A MCDONALD'S; and DOES 1 to 10,<br><br>           Defendants. | **Case No.: 2:20-cv-04492-SB (MRWx)**<br>**Hon. Stanley Blumenfeld Jr.**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Jardine Gougis ("Plaintiff") and Defendant have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  December 07, 2020          **SO. CAL EQUAL ACCESS GROUP**

                                                                   */s/ Jason J. Kim*
                                                                  JASON J. KIM
                                                                  Attorney for Plaintiff

DATED: December 07, 2020	**O'HAGAN MEYER**

/s/ *Vickie V. Grasu*
VICKIE V. GRASU
Attorney for Defendant
J.P. MGMT. CORP. D/B/A MCDONALD'S

### Attestation Under Local Rule 5-4.3.4

All other signatories listed, and on whose behalf the filing is submitted, concur in the contents of this stipulation and have authorized its filing.

/s/ Jason J. Kim
JASON J. KIM