FILED
CLERK, U.S. DISTRICT COURT
December 8, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>    Plaintiff,<br><br>vs.<br><br>J.P. MGMT. CORP. D/B/A MCDONALD'S; and DOES 1 to 10,<br><br>    Defendants | Case No.: 2:20-cv-04492-SB-MRW<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

The parties filed a notice of settlement on December 7, 2020.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on January 15, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by January 8, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: December 8, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge