1 | **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JARDINE GOUGIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JARDINE GOUGIS, | **Case No.: 2:20-cv-04492-SB (MRWx)** |
|---|---|
| Plaintiff, | Hon. Stanley Blumenfeld Jr. |
| vs. | |
| J.P. MGMT. CORP. D/B/A MCDONALD'S; and DOES 1 to 10, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JARDINE GOUGIS ("Plaintiff") and Defendant J.P. MGMT. CORP. D/B/A MCDONALD'S stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear her or its own costs and attorneys' fees.

\\
\\
\\
\\

Respectfully submitted,

DATED: January 12, 2021          SO. CAL. EQUAL ACCESS GROUP

By:  */s/  Jason J. Kim*
     Jason J. Kim
     Attorneys for Plaintiff

DATED: January 12, 2021          O'HAGAN MEYER

/s/ *Vickie V. Grasu*
VICKIE V. GRASU
Attorney for Defendant
J.P. MGMT. CORP. D/B/A
MCDONALD'S

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 12, 2021          By: */s/ Jason J. Kim*
                                     Jason J. Kim